Case 6:10-cv-01617-JA-KRS   Document 19   Filed 04/20/11   Page 1 of 1 PageID 62

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAURIE JOHNSON BROMAGEN,**

               **Plaintiff,**

**-vs-**                                   **Case No. 6:10-cv-1617-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act (Doc. No. 16) filed March 7, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 28, 2011 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act (Doc. No. 16) is **GRANTED in part**.

3. The Commissioner of Social Security shall pay to Plaintiff $1,532.65 in attorney's fees, and $350.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20th__ day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge